No. 97–6512. ARZOLA-ANAYA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6514. GUTMANS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6521. ADAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6522. OGIKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6523. FONT RAMIREZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–6524. SPRUILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6525. PERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6526. RIVERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6529. RICHARDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6534. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6535. CLARK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6536. SHEPHERD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6539. SANDERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6542. CANTILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6547. MEYERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6549. MONLLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6551. MORRISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.